IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT WILLIAMS,                           No C 04-0966 VRW

        Petitioner,
                                           ORDER
    v

E ALAMEIDA, JR,

        Respondent.

_____/

        Petitioner Robert Williams has filed his amended petition for writ of habeas corpus pursuant to 28 USC section 2254.  Doc # 8.  Petitioner was convicted of sex offenses involving a minor in the superior court for Monterey County.  He is now serving a sentence of 67 years, eight months to life for these crimes.  Petitioner alleges that he has now exhausted state remedies.

        The court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation

\\

\\

of the Constitution or laws or treaties of the United States." 28 USC § 2254(a); <u>Rose v Hodges</u>, 423 US 19,21 (1975).

A district court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto. 28 USC § 2243. Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false. <u>Hendricks v Vasquez</u>, 908 F2d 490, 491 (9th Cir 1990) (quoting <u>Blackledge v Allison</u>, 431 US 63, 75-76 (1977)).

The court has reviewed the petition. For good cause shown, the court now orders as follows:

1. The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto upon the respondents and the respondents' counsel, the Attorney General of the State of California. The clerk shall also serve a copy of this order on the petitioner's counsel.

2. Respondents shall file with the court and serve upon the petitioner, within sixty (60) days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer a copy of all portions of the state trial and appellate record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

3. If the petitioner wishes to respond to answer, he shall do so by filing a traverse with the court and serving it upon

\\

\\

the respondents within thirty (30) days of his receipt of the answer.

    IT IS SO ORDERED.

                                          /s/
                              VAUGHN R WALKER
                              United States District Chief Judge