CLIFF GARDNER
(State Bar #93782)
CATHERINE WHITE
(State Bar #193690)
19 Embarcadero Cove
Oakland, California 94606
(510) 534-9404

Attorneys for Petitioner
Robert Williams

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAMS,<br><br>        Petitioner,<br><br>    v.<br><br>EDWARD ALAMEIDA, JR.,<br><br>        Respondent. | C-04-0966 VRW<br><br>PROPOSED ORDER EXTENDING TIME TO FILE TRAVERSE TO ANSWER TO ORDER TO SHOW CAUSE |

    Petitioner's request for additional time within which to file a Traverse to Answer To Order To Show Cause is granted. Petitioner shall have until September 9, 2005, within which to file a Traverse to Answer To Order To Show Cause.

Date: _____        _____
                                        Honorable Vaughn R. Walker
                                        United States District Chief Judge